Stephan Schurmann
Fax: 307-699-6005
Date: 10/7/2015

**CONFIDENTIAL – FOR YOUR EYES ONLY**

**Shared Custody of Sean**

Stephan,

You lost again.... but we have a mutual beneficial solution for you. This is a confidential offer confirming that I am willing to share custody of Sean with you if you would secure my and Jonathan's financial future and pay us $250,000 to our bank account.

Jonathan and I are willing to come and live in Marbella, Spain, assuming that you are willing to sign a consulting agreement with us. This agreement would include an advanced payment of $250,000 to an offshore bank account for our special services to bring Sean to you.

You know by now that you can't win in the U.S. court system. You also know that I have Sean under my full control. If you want to see Sean again, I highly recommend that you follow our advice and sign the consulting agreement with us. You must also agree to a 50/50 shared custody of Sean signed in a private agreement.

I love Sean more than anything in this world. And I know u love him too. He both need us, we are his parents for life. He's welfare and safety are my top priority.

I just hope we can solve our grown-up issues without hurting and putting Sean in the middle. He's seen enough of this already. All I want for Sean is to have the sense of stability, a home, happy childhood, healthy and happy life.

Let me know when are you able to pay the $250,000, so I can inform our lawyer to prepare the legal paperwork.

If you show this fax to any authorities, I will simply deny that I ever sent it. Should you go to the police, you will suffer... I will refuse to ever let you see Sean again. You better don't do anything stupid if you love your son.

Jubilie Anqui

3/16/2018 Gmail - Extortion by a Lawyer. Bradley Carr of Carr Woodall. Conspiracy in child kidnapping. Harboring of illegal immigrants.

Case 2:19-cv-00245-DB Document 1-2 Filed 04/11/19 Page 2 of 2

 Gmail                                          Duke Sean Schuermann <petitionforsean@gmail.com>

# Extortion by a Lawyer. Bradley Carr of Carr Woodall. Conspiracy in child kidnapping. Harboring of illegal immigrants.

**Duke Sean Schuermann** <petitionforsean@gmail.com>                            Mon, Dec 25, 2017 at 3:03 PM
To: Brad Carr <brad@carrwoodall.com>
Cc: Utah Court of Appeals <courtofappeals@utcourts.gov>, Utah Supreme Court <supremecourt@utcourts.gov>, Alexis Ney <alexisn@utcourts.gov>, Christine Davies <chrisd@utcourts.gov>, 3rdMcKelvieteam@utcourts.gov, crt.appellate@usdoj.gov, "Division, Criminal" <Criminal.Division@usdoj.gov>, ICE Executive Secretariat <ICE.ExecutiveSecretariat@ice.dhs.gov>, SaltLakeCity.Outreach@ice.dhs.gov, Cheryl Aiono <cheryla@utcourts.gov>, Julie Rigby <julier@utcourts.gov>, uag@utah.gov, reportfraudtips@uscis.dhs.gov
Bcc: The Hague <petitionforsean@gmail.com>

Mr. Carr,

You are totally out of your mind. Your email is a clear case of extortion and false accusations.

I have nothing to do with you. However, your email clearly shows that your are involved in "legalized child kidnapping", concealment of an illegal immigrant German child and conspiracy in Harboring 2 illegal immigrant, conspiracy in immigration and marriage fraud.

The Utah Bar association will receive now an official complaint about your activities and threats.

Thank you for your email.

Stephan Schuermann


On Dec 23, 2017 7:05 PM, "Brad Carr" <brad@carrwoodall.com> wrote:
My SEO guy tells me you are submitting a bunch of fake reviews. I have kids of my own. I couldn't imagine being away from them. I have no hard feelings toward you for doing what you are doing because I am guessing I would do the same. I sincerely mean that.

That said, I will make you an offer. Option 1, you stop the fake reviews and I will withdrawal as counsel on this matter. Option 2, keep doing what you're doing. My SEO guy says Google removes the fake reviews after a day or two anyway. Apparently you have been doing this a while but I have a guy that monitors this stuff for me so I don't even notice it unless he tells me. If you pick option 2, I will reach out to your ex wife in January and draw up papers free of charge to terminate your parental rights and have her new husband adopt your son. We will do a confidential name change and there would be no way of tracking down your ex the next time she moves. The entire process only takes me about 45 days. Of course, with option 2 I recognize I will have to continue to deal with the fake reviews (at least my SEO guy will) so it is not my preferred option. It seems like the nuclear option for both of us.

Still, I have hired two new assocuate attorneys and another paralegal since July (which is when my SEO guy said you started doing this). So while it is annoying, it is not such a big problem to deal with the ongoing reviews.

However, the annoyance is simply not worth it for me anymore. If you choose option 1, you can claim victory here. I will withdraw as counsel and surrender. Let me know and I will submit my withdrawal first thing when I get back from my Christmas vacation.

No matter what you choose, know that I bear no hard feelings toward you. Regardless of the option you choose, I forgive both what you have done and will do because I know a parent's love can make us do crazy things.
Thanks,
Brad