USCTACK
Bringhurst Process Service
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

MAY 17 2019

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STEPHAN SCHURMANN, Plaintiff(s) ) ) ) vs. ) ) BRADLEY CARR AND JOHATHAN LINK ) TEDRICK AND JUBILIE ANQUI-TEDRICK (NON- ) CUSTODIAL PARENT), ) Defendant(s) ) ) Party to serve: ) | PROOF OF SERVICE  DP Case No. 2:19-cv-00245 |

Process: **COMPLAINT, EXHIBIT LETTERS 1-3**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.
 in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: Jonathan Link Tedrick.**

Date Served: 5-14-2019 9:20 Am
Address Of Service: 2200 S 4000 W , Salt Lake, Ut 84120 (poe)

I delivered a copy of this process to Jonathan Link Tedrick, in person.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 5-14-2019

*[signature]*

SHAWNTEL PERCIVAL #375
Server

SERVICE FEE: $ 90

Docket: 1761934

ternational Criminal Court Against
hild Kidnapping
'17 Pennsylvania Avenue, NW
uite 1025
Washington, DC 20006





7018 3090 0000 7804 6605





1006    84101

U.S. POSTAGE PAID
PM 2-Day
WASHINGTON, DC
20006
MAY 15, 19
AMOUNT

$15.60

R2306Y152367-04

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
351 South West Temple, Rm. 1.100
PROOF OF SERVICE Salt Lake City
Utah 84101



Label 107R, July 2013