June 19, 2019

United States District Court / District of Utah
Office of the Clerk
351 S West Temple, Room 1.100
Salt Lake City, UT 84101

Re: 2:19-CV-00245 ( *Schurmann vs Carr & Tedrick* )

RECEIVED CLERK
JUN 2 0 2019
U.S. DISTRICT COURT

Please find attached (2) two additional copies of our Motion to Dismiss in this matter.

    As the respondents in this case, we did submit copies of this motion to dismiss on 5/29/19 to the Court and to the Plaintiff, ( *shown as delivered on 5/31/19 to the court* ), but for some reason we cannot get confirmation from anyone, or any other information indicating receipt of these documents.

    The documents within were also delivered on 6/3/19 to the "authorized representative" "John Holland" whom is a party related to the Plaintiff.

Thank you for your assistance and patience in this matter.

Sincerely,

Jonathan Tedrick