INTERNATIONAL CRIMINAL COURT
AGAINST CHILD KIDNAPPING
1717 Pennsylvania Avenue NW
Suite 1025
Washington DC, 20006



$2.35 0
US POSTAGE
FIRST-CLASS
062S0009628529
20006

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101