IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STEPHAN SCHURMANN, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> BRADLEY CARR, JONATHAN LINK TEDRICK, and JUBILIE ANQUI-TEDRICK, <br><br> Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION <br><br><br><br><br> Case No. 2:19-cv-245 <br><br> Judge Dee Benson <br><br> Chief Magistrate Judge Paul M. Warner |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on February 24, 2020, recommending that this court dismiss this action with prejudice.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. The court did not receive any objections to the to the Report and Recommendation. Having reviewed all relevant materials, including the record that was before the magistrate judge and the reasoning set forth in the magistrate judge's Report and Recommendation, the court adopts the Report and Recommendation in its entirety.

1

Accordingly, the court issues the following Order. Defendants' motions to dismiss are GRANTED. Plaintiff's claims are DISMISSED with prejudice, and Defendants' countermotion for sanctions is DENIED. All of Plaintiff's pending motions are MOOT.

DATED this 13th day of March, 2020.

_____
Dee Benson
United States District Judge